**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 4 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARSHALL E. MIKELS, | No. 16-15602 |
| Plaintiff-Appellant, | D.C. No. 3:12-cv-00056-EMC |
| v. | |
| JAN ESTEP; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted September 26, 2017[**]

Before:     SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Marshall E. Mikels appeals pro se from the district court's order denying his

post-judgment motion for relief from the district court's order dismissing his action

alleging violations of the Truth in Lending Act ("TILA") and other claims.  We

have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion the

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

district court's denial of a Federal Rule of Civil Procedure 60(b) motion. *Casey v. Albertson's Inc.*, 362 F.3d 1254, 1257 (9th Cir. 2004). We affirm.

The district court did not abuse its discretion by construing Mikels's motion to vacate as a Rule 60(b) motion and denying it because Mikels failed to file the motion "within a reasonable time." Fed. R. Civ. P. 60(c)(1); *Ashford v. Steuart*, 657 F.2d 1053, 1055 (9th Cir. 1981) (setting forth factors to determine whether a Rule 60(b) motion was filed within a "reasonable time").

Appellees' motion for judicial notice (Docket Entry No. 50) is denied as unnecessary.

**AFFIRMED.**